1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## SOUTHERN DISTRICT OF CALIFORNIA

8

9   AQUA LOGIC, INC., a California
Corporation,
10
                                    Plaintiff,
11      vs.
12
GOLDLINE CONTROLS, INC., a
13   Delaware corporation; HAYWARD
INDUSTRIES, INC., a New Jersey
14   Corporation; H-TECH, INC., a Delaware
Corporation; and DOES 1-10,
15
16                                  Defendants.

CASE NO. 07cv0582-LAB (AJB)

**ORDER GRANTING THIRD JOINT
MOTION TO EXTEND RESPONSE
TIME**

[Dkt No. 11]

17          The parties have presented a Third joint motion for extension of time to respond to

18   the Complaint in this trademark infringement case.  At the time the court granted their

19   second request, by Order entered May 25, 2007 extending the response deadline to

20   June 25, 2007, the parties were admonished that no further extensions of time would be

21   granted absent a showing of extraordinary good cause.  The parties represent in support of

22   their renewed request that they have reached an agreement in principle on settlement terms

23   and are finalizing their written agreement.  Accordingly, **IT IS HEREBY ORDERED**

24   defendants may serve and file their responsive pleadings on or before ***July 16, 2007***.  No

25   further extensions of time to respond to the Complaint will be granted.

26          **IT IS SO ORDERED**.

27   DATED:  June 25, 2007

28
                                    **HONORABLE LARRY ALAN BURNS**
                                    United States District Judge

07cv0582